Andrew A. Bao, Esq.
Nevada State Bar No. 10508
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
aabao@ww.law

Attorneys for Defendant
NEW AMERICAN FUNDING

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mary E. Daniels,<br><br>　　　　Plaintiff,<br>v.<br><br>Equifax Information Services, LLC; Ally Financial Inc.; Broker Solutions Inc. DBA New American Funding; National Consumer Telecom & Utilities Exchange, Inc; and Verizon Communications Inc.,<br><br>　　　　Defendants. | CASE NO.:　2:21-cv-00337-JAD-EJY<br>DEPT. NO.:<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

The parties, by and through their respective counsel of record, hereby stipulate to extend the time for Defendant Broker Solutions, Inc., dba New American Funding (hereinafter "NAF"), to respond to Plaintiff's Complaint filed on February 26, 2021 (Doc. No. 1.) NAF was served with process on March 1, 2021 and its time to respond is currently March 22, 2021. The parties agree to extend the deadline until April 12, 2021. This is the first stipulation for extension to respond and is

///
///
///
///
///
///
///

1

3879873.1

entered into for purposes of engaging in good faith negotiations regarding potential resolution. This request is not for any improper purpose or delay.

DATED: March 19, 2021						WOLFE & WYMAN LLP

								By: /s/ Andrew A. Bao
								ANDREW A. BAO, ESQ.
								Nevada State Bar No. 10508
								6757 Spencer St.
								Las Vegas, NV 89119
								Attorneys for Defendant
								**NEW AMERICAN FUNDING**

DATED: March 19, 2021						KIND LAW

								By: /s/ Michael Kind
								MICHAEL KIND, ESQ.
								Nevada State Bar No: 13903
								8860 South Maryland Parkway, Suite 106
								Las Vegas, NV 89123
								Attorneys for Plaintiff
								**MARY E. DANIELS**

**IT IS SO ORDERED.**

DATED this 19th day of March, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2