JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*National Consumer Telecom & Utilities*
*Exchange, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY E. DANIELS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; ALLY FINANCIAL INC.; BROKER SOLUTIONS INC. DBA NEW AMERICAN FUNDING; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; and VERIZON COMMUNICATIONS INC.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00337-JAD-EJY<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant NCUTE'S time to answer, move or otherwise respond to the Complaint in this action is extended from March 22, 2021 through and including **April 21, 2021**. The request was made by NCTUE so that it can have an opportunity

. . .

. . .

. . .

. . .

to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 22nd day of March, 2021.

| | |
|---|---|
| CLARK HILL PLLC<br><br>By: /s/ Jeremy J. Thompson<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com<br><br>*Attorney for Defendant National Consumer* | *Telecom & Utilities Exchange Inc.*<br>**<u>No opposition</u>**<br><br>/s/Michael Kind, Esq.<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com<br><br>George Haines, Esq.<br>Nevada Bar No. 9411<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

United States Magistrate Judge

DATED: March 22, 2021