TROUTMAN PEPPER
HAMILTON SANDERS LLP
Kevin F. Kieffer
Nevada Bar Number 7045
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2708
Facsimile: (949) 769-2056
Email: Kevin.Kieffer@troutman.com

*Attorney for Ally Financial Inc.*

Gary E. Schnitzer
Nevada Bar Number 395
KRAVITZ, SCHNITZER JOHNSON WATSON &
ZEPPENFELD, CHTD.
gschnitzer@ksjattorneys.com
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Designated Attorney pursuant to LR IA 11-1(b)(2) for Ally Financial Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY E. DANIELS<br><br>         Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC; ALLY FINANCIAL INC.; BROKER SOLUTIONS INC. DBA NEW AMERICAN FUNDING; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; AND VERIZON COMMUNICATIONS INC.<br><br>         Defendants. | Case No.: 2:21-cv-00337-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

114231358

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant ALLY FINANCIAL INC. ("Defendant") and Plaintiff MARY E. DANIELS ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed her Complaint on February 26, 2021;

2. Defendant was served with the Complaint on March 1, 2021;

3. Defendant's deadline to answer or respond to Plaintiff's Complaint is March 22, 2021;

4. Defendant has requested, and Plaintiff has consented to, an additional thirty (30) days for Defendant to file an Answer or otherwise respond to the Complaint;

5. An additional thirty (30) days for Defendant to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

6. Good cause exists to grant the stipulation as the additional thirty (30) days are needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a review of all relevant documents;

7. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that Defendant shall have up to and including April 21, 2021 to file a responsive pleading to Plaintiff's Complaint.

8. WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

Defendant ALLY FINANCIAL INC. shall have up to and including April 21, 2021 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 19th day of March, 2021

114231358

*/s/ Kevin F. Kieffer*
Kevin F. Kieffer
Nevada Bar Number 7045
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2708
Facsimile: (949) 769-2056
Email: Kevin.Kieffer@troutman.com

*Attorney for Ally Financial Inc.*

*/s/ Michael Kind*
MICHAEL KIND, ESQ.
KIND LAW
Nevada Bar No. 13903
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123

GEORGE HAINES, ESQ.
FREEDOM LAW FIRM
Nevada Bar No. 9411
8985 S. Eastern Ave. Suite 350
Las Vegas, NV 89123

*Attorneys for Plaintiff*
*Mary E. Daniels*

**IT IS ORDERED.**

DATED this 24th day of March, 2021

_____
United States Magistrate Judge

- 3 -

114231358