| | |
|---|---|
| 1 | JEREMY J. THOMPSON |
| 2 | Nevada Bar No. 12503<br>**CLARK HILL PLLC** |
| 3 | 3800 Howard Hughes Drive, Suite 500<br>Las Vegas, Nevada  89169 |
| 4 | E-mail: jthompson@clarkhill.com<br>Telephone:  (702) 862-8300 |
| 5 | Facsimile:  (702) 862-8400<br>*Attorney for Defendant* |
| 6 | *National Consumer Telecom & Utilities Exchange, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MARY E. DANIELS, | ) | Case No. 2:21-cv-00337-JAD-EJY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER** |
| EEQUIFAX INFORMATION SERVICES LLC; ALLY FINANCIAL INC.; BROKER SOLUTIONS INC. DBA NEW AMERICAN FUNDING; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; and VERIZON COMMUNICATIONS INC., | ) ) ) ) ) ) ) | |
| | ) | **SECOND REQUEST** |
| Defendants. | ) | |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant NCUTE'S time to answer, move or otherwise respond to the Complaint in this action is extended from April 21, 2021 through and including **May 21, 2021**.  The request is made by NCTUE in order to allow the

. . .

. . .

. . .

. . .

parties additional time to engage in settlement discussion. This stipulation is filed in good faith and not intended to cause delay.

      Respectfully submitted, this 21th day of April, 2021.

| | |
|---|---|
| CLARK HILL PLLC<br><br>By: /s/ Jeremy J. Thompson<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com<br><br>*Attorney for Defendant National Consumer* | *Telecom & Utilities Exchange Inc.*<br>**No opposition**<br><br>/s/Michael Kind,<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com<br><br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_/s/ Elayna J. Zouchah_
United States Magistrate Judge

DATED: April 21, 2021