1
JEREMY J. THOMPSON
Nevada Bar No. 12503

2
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500

3
Las Vegas, Nevada  89169
E-mail: jthompson@clarkhill.com

4
Telephone:  (702) 862-8300
Facsimile: (702) 862-8400

5
*Attorney for Defendant*
*Equifax Information Services LLC*

6

7

8
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9

10
MARY E. DANIELS,                                  )
                                                           )   **Case No. 2:21-cv-00337-JAD-EJY**
                                                           )

11
                              Plaintiff,            )
                                                           )

12
vs.                                                       )   **JOINT MOTION FOR EXTENSION OF**
                                                           )   **TIME FOR DEFENDANT EQUIFAX**

13
EEQUIFAX INFORMATION SERVICES   )   **INFORMATION SERVICES LLC TO**
LLC; ALLY FINANCIAL INC.; BROKER   )   **FILE ANSWER**

14
SOLUTIONS INC. DBA NEW AMERICAN  )
FUNDING; NATIONAL CONSUMER           )   **SECOND REQUEST**

15
TELECOM & UTILITIES EXCHANGE, INC.; )

16
and VERIZON COMMUNICATIONS INC.,   )
                                                           )

17
                              Defendants.         )
                                                           )

18

19
        Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

20
time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

21
no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

22
to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move

23
or otherwise respond to the Complaint in this action is extended from April 21, 2021 through and

24
including **May 21, 2021**.  The request is made by Equifax in order to allow the parties additional

25
. . .

26
. . .

27
. . .

28
. . .

1  time to engage in settlement discussion.  This stipulation is filed in good faith and not intended to

2  cause delay.

3      Respectfully submitted, this 21st day of April, 2021.

4  CLARK HILL PLLC

Services LLC
**No opposition**

5  By: /s/Jeremy J. Thompson

6  Jeremy J. Thompson
Nevada Bar No. 12503

/s/Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903

7  3800 Howard Hughes Pkwy,
Suite 500

KIND LAW
8860 South Maryland Parkway, Suite 106

8  Las Vegas, NV 89169
Tel: (702) 862-8300

Las Vegas, NV 89123
Phone: (702) 337-2322

9  Fax: (702) 862-8400
Email: jthompson@clarkhill.com

Fax: (702) 329-5881
Email: mk@kindlaw.com

10

11  *Attorney for Defendant Equifax Information*

George Haines, Esq.
Nevada Bar No. 9411

12  Gerardo Avalos, Esq.
Nevada Bar No. 15171

13  HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350

14  Henderson, NV 89123
Phone: (702) 880-5554

15  Fax: (702) 385-5518

16

17  *Attorneys for Plaintiff*

18

19

20  IT IS SO ORDERED:

21

22  United States Magistrate Judge

23  DATED: April 21, 2021

24

25

26

27

28