Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Mary E. Daniels*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mary E. Daniels,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Equifax Information Services LLC, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-00337-JAD-EJY<br><br>**Stipulation and Order for dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice** |

STIPULATION　　　　　　　　- 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mary E. Daniels and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 1, 2022.

| **KIND LAW** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| /s/ Michael Kind | /s/ Jeremy Thompson |
| Michael Kind, Esq. | Jeremy Thompson, Esq. |
| 8860 South Maryland Parkway, Suite 106 | 100 S. 5th St., Suite 1900 |
| Las Vegas, Nevada 89123 | Minneapolis, NV 89169 |
| | *Counsel for National Consumer Telecom & Utilities Exchange, Inc.* |

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Mary E. Daniels*

## ORDER

Based on the parties' stipulation [ECF No. 46] and good cause appearing, and because this stipulation resolves all remaining claims, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 4, 2022